No. 98–1396.  WOODYEAR *v.* CLARKE INSURANCE, INC., ET AL. C. A. 5th Cir.  Certiorari denied.

No. 98–1401.  LaRUE *v.* ILLINOIS EX REL. PRAIRIE STATE SECURITIES, L. L. C., ET AL.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 98–1406.  JENNINGS *v.* COUTSCOUDIS ET VIR.  Ct. App. D. C.  Certiorari denied.

No. 98–1407.  HUMPHRESS *v.* UNITED PARCEL SERVICE, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–1408.  SCHMIDT *v.* GOSCICKI ET AL.  C. A. 9th Cir. Certiorari denied.

No. 98–1409.  DAWSON *v.* BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AGRICULTURAL AND MECHANICAL COLLEGE.  C. A. 5th Cir.  Certiorari denied.

No. 98–1424.  COLLAGEN CORP. *v.* KENNEDY ET VIR.  C. A. 9th Cir.  Certiorari denied.

No. 98–1430.  BROWN *v.* MAYOR AND CITY COUNCIL OF BALTIMORE.  C. A. 4th Cir.  Certiorari denied.

No. 98–1431.  RUPERT *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER AND/OR CONSERVATOR FOR COLUMBIA SAVINGS AND LOAN ASSN.  C. A. 9th Cir.  Certiorari denied.

No. 98–1496.  CREEKMORE *v.* VASA NORTH ATLANTIC INSURANCE CO.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 98–1516.  STICH *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 98–1576.  TURNER *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 98–1580.  TSUJI *v.* HAWAII ET AL.  C. A. 9th Cir.  Certiorari denied.